```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

     FEB 2 6 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KATHY J. LEMKE
Assistant U.S. Attorney
Arizona State Bar No. 018468
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Kathy.Lemke@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00259-PHX-JJT |
|---|---|
| Plaintiff, | **Mag. No. 18-00087** |
| v. | **INFORMATION** |
| Maria Gabriela Gutierrez-Carrillo, a.k.a.: Maria Gabriela Gutierrez Carrillo, a.k.a.: Maria Gabriela Gutierrez, Defendant. | VIO: 8 U.S.C. § 1326(a) and (b)(1) (Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY CHARGES:

On or about January 30, 2018, at or near Phoenix, in the District of Arizona, MARIA GABRIELA GUTIERREZ-CARRILLO, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about February 19, 2016, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Dated this  5th  day of  February , 20 18 .

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*Kathy J. Lemke*
KATHY J. LEMKE
Assistant U.S. Attorney